

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| IN RE: ARTURO DOMINGUEZ., | § | No. 08-21-00046-CV |
| Relator. | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| | § | |

## **O R D E R**

The Court finds good cause to expedite consideration of this matter. We issue the following briefing schedule and orders:

- The Court requests a response to the mandamus petition from respondent Elizabeth Carrasco and real party in interest Leah Audrae Hanany a.k.a. Leah Audrae Wayne by **MONDAY, MARCH 29, 2021**. In the event an extension is required, Carrasco and Hanany are ordered to **IMMEDIATELY** contact the Court and file a request for an extension of time.

- The Court intends to dispose of this mandamus action **on or before April 12, 2021**.

- Because it is unclear whether Carrasco or Hanany are represented by counsel at this time, a copy of this order will be mailed directly to Carrasco and Hanany at the addresses provided in Dominguez's mandamus petition. However, due to the extenuating time circumstances, the Court invokes Rule 2 of the Texas Rules of Appellate Procedure and orders that copies of this order also be served on Hanany at leahhanany@gmail.com, on Carrasco at excarra1@episd.org, and on EPISD General Counsel Jeanne C. "Cezy" Collins at jccollins@episd.org (with a courtesy copy to EPISD Office of Legal & Legislative Matters Executive Assistant Gabriela Gomez at ggomez2@episd.org).

IT IS SO ORDERED this 22nd day of March, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.